**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 07 of the |
| MARC E. RADOW, | ) | Bankruptcy Code |
| | ) | |
| Debtor. | ) | Case No. 10-52176-GWZ |
| | ) | |
| CHASE BANK USA, N.A. | ) | |
| | ) | |
| | ) | |
| Creditor. | ) | |

**REQUEST FOR NOTICE**

COMES NOW, MARK J. SCHULTZ of Gallas & Schultz and hereby requests that all notices which CHASE BANK USA, N.A. is entitled to receive as a creditor of the above-named Debtor under *Bankruptcy Rule 2002* or any other provision of the Bankruptcy Rules or Bankruptcy Code, be mailed to it in care of the following address: Mark J. Schultz, Gallas & Schultz, 9140 Ward Parkway, Suite 200, Kansas City, MO 64114.

                    GALLAS & SCHULTZ

By:  /s/ Mark J. Schultz
     MARK J. SCHULTZ  #35066
     9140 Ward Parkway, Ste. 200
     Kansas City, MO 64114
     816-822-8100 telephone
     816-822-8222 facsimile
     mschultz@gallas-schultz.com

CERTIFICATE OF SERVICE

      I hereby do certify that a true and correct copy of the foregoing document was either delivered via the Court's CM/ECF Electronic Notification System, OR deposited in the United States mail, postage prepaid, on the same day as electronically filed, to the following:

Jeri Coppa-Knudson
3495 Lakeside Drive
PMB #62
Reno, NV  89509-4841
CHAPTER 7 TRUSTEE

Kevin A. Darby, Esq.
4777 Caughlin Pkwy.
Reno, NV  89519
ATTORNEY FOR DEBTOR

/s/ Mark J. Schultz
MARK J. SCHULTZ