Timothy A. Lukas, Esq.
Nevada Bar Number 4678
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email: ECFlukast@hollandhart.com

*Attorneys for Branch Banking & Trust Co.*

**ELECTRONICALLY FILED
March 4, 2011**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-10-52176-GWZ <br> Chapter 7 |
| MARC E. RADOW. | **NOTICE OF APPEARANCE and REQUEST FOR NOTICE** |
| Debtor. <br> _____ / | Hearing Date:    N/A <br> Hearing Time: |

TO:         DEBTOR, CREDITORS, AND ANY OTHER PARTY IN INTEREST

AND TO:   U. S. BANKRUPTCY TRUSTEE

PURSUANT TO Rule 2002(g) of the Bankruptcy Rules, Timothy A. Lukas, Esq. of HOLLAND & HART LLP, hereby enters his appearance as counsel of record in the above-captioned case on behalf of Branch Banking & Trust Co., and hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy action, be given and served upon:

Timothy A. Lukas, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email: ECFlukast@hollandhart.com

This request encompasses all notices, copies and pleadings referred to in the United States Code and the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or

1

1  transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects
2  or seeks to affect Branch Banking & Trust Co..

3  DATED Friday, March 04, 2011.

HOLLAND & HART LLP


By   */s/ Timothy A. Lukas*
   Timothy A. Lukas, Esq.
   *Attorneys for Branch Banking & Trust Co.*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

5045673_1.DOC

**CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on March 4, 2011, I caused a true and correct copy of the **NOTICE OF APPEARANCE and REQUEST FOR NOTICE** to be served as follows:

**Court's Notice of Electronic Filing:**

- JEREMY T BERGSTROM    mbergstrom@mileslegal.com
- JERI COPPA-KNUDSON    jcoppa-knudson@epitrustee.com, jcoppaknudson@ecf.epiqsystems.com
- KEVIN A. DARBY    kevin@darbylawpractice.com, tricia@darbylawpractice.com; tyler@darbylawpractice.com; melissa@darbylawpractice.com; matthew@darbylawpractice.com; kendal@darbylawpractice.com; beth@darbylawpractice.com; skylar@darbylawpractice.com
- GAYLE A. KERN    gakltd@kernltd.com, christinelamia@kernltd.com
- STEFANIE T. SHARP    ssharp@rbsllaw.com, hdericco@rbsllaw.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- MARK WRAY    mwray@markwraylaw.com, tmoore@markwraylaw.com; iyowell@markwraylaw.com; swray@markwraylaw.com; apeterson@markwraylaw.com

**U.S. Mail:**

See attached list.

DATED: March 4, 2011.

/S/ Cyndy Arnold

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

5045673_1.DOC

CHASE BANK USA, NA
C/O MARK J. SCHULTZ
9140 WARD PARKWAY, STE. 200
KANSAS CITY, MO 64114

BB&T BANK
PO BOX 2914
Largo, FL 33779-2914

Chase
Acct No xxxxxxxx5753
201 N. Walnut St//De1-1027
Wilmington, DE 19801

JIM BEASLEY
435 COURT
Reno, NV 89509

Nevada State Bank
Acct No xxxxx1721
2185 S 3270 W
Salt Lake City, UT 84119

WASHOE COUNTY TREASURER
PO BOX 30039
Reno, NV 89520-3039

Wells Fargo Hm Mortgag
Acct No xxxxxxxxx9098
4680 Hallmark Parkway
San Bernardino, CA 92407

ALPINE AIR
1210 Icehouse Avenue
Sparks, NV 89431

Bac Home Loans Service
Acct No xxxxx6284
450 American St
Simi Valley, CA 93065

DR. CARPENTER
1500 E 2ND STREET
#206
Reno, NV 89502

NEVADA FIRE SAFETY
PO BOX 2724
Carson City, NV 89702

SPIGOT RESOURCES, INC.
C/O JERRY GALOW, ESQ.
GALLOW & SMITH
1204 NUECES STREET
Austin, TX 78701

WEDGE PARKWAY PROFESSIONAL
CENTER
PO BOX 17452
Reno, NV 89511

MARC E. RADOW
1900 JOY LAKE ROAD
RENO, NV 89511

AMERIGAS
720 GLENDALE AVE
Sparks, NV 89431

Chase
Acct No xxxxxxxx4979
Po Box 15298
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx1229
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

NEVADA STATE BANK
Acct No xxxxxxxxxxxx2836
PO BOX 1507
Salt Lake City, UT 84110

SPRINT
PO BOX 54977
Los Angeles, CA 90054

WEDGE PKWAY BLDG ASSOCIATION
16580 WEDGE PARKWAY
#300
Reno, NV 89511